No. 91–1208. DRILAKE FARMS, INC., ET AL. *v.* SURRILLO ET AL. Sup. Ct. App. W. Va. Certiorari denied.

No. 91–1554. ARCHDIOCESE OF PORTLAND IN OREGON ET AL. *v.* EMPLOYMENT DIVISION OF OREGON ET AL. Ct. App. Ore. Certiorari denied.

No. 91–1570. METRO-NORTH COMMUTER RAILROAD CO. *v.* TEAHAN. C. A. 2d Cir. Certiorari denied.

No. 91–1613. HEXAMER *v.* FIRST GIBRALTAR SAVINGS ASSN. C. A. 5th Cir. Certiorari denied.

No. 91–1668. LARAIA *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 91–1679. ILLINOIS COUNCIL ON LONG TERM CARE ET AL. *v.* BRADLEY, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE ILLINOIS DEPARTMENT OF PUBLIC AID, ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–1680. JUSTICE *v.* MARTIN, SECRETARY OF LABOR. C. A. 7th Cir. Certiorari denied.

No. 91–1682. LEVIN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–1686. BOURHAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–1693. CALIFORNIA-HAWAIIAN FUND, INC., ET AL. *v.* HONOLULU FEDERAL SAVINGS & LOAN ASSN. ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1702. CORTEZ *v.* FIRST CITY NATIONAL BANK OF HOUSTON ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–1716. JERABEK ET AL. *v.* AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.